# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FEDERICO SOTO-LEON,<br>Defendant. | Case No.: 19-CR-5203-DMS<br><br>**ORDER AND JUDGMENT TO DISMISS FELONY INFORMATION WITHOUT PREJUDICE** |

The Court has reviewed the United States' motion to dismiss the felony information in the above-cited case without prejudice pursuant to Rule 46(a) of the Federal Rules of Criminal Procedure and Local Rule 57.4(c) that was filed on February 5, 2020.

IT IS ORDERED based on that motion to dismiss, that the felony information be dismissed forthwith because the defendant was deported to Mexico on January 23, 2020 through the San Ysidro Port of Entry.

Dated: February 5, 2020

_____
Honorable Dana M. Sabraw
United States District Judge